UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE S. ESTRADA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNKNOWN,<br><br>　　　　Defendant. | Case No. 22-cv-05882-PJH<br><br>**ORDER OF DISMISSAL** |

　　　　Plaintiff, a Texas state prisoner proceeding pro se, filed a civil action. Plaintiff was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was provided twenty-eight days to correct these deficiencies. More than twenty-eight days has passed, and plaintiff has not paid the fee, filed a complete application to proceed IFP or otherwise communicated with the court. The case is **DISMISSED** without prejudice.

　　　　**IT IS SO ORDERED.**

Dated: November 10, 2022

　　　　　　　　　　　　　　　　　　　　　_/s/ Phyllis J. Hamilton_
　　　　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　　　　United States District Judge